[No. 36831-1-I.    Division One.    August 12, 1996.]

TEDDY N. MOORE, *Respondent*, v. VELMA D. WHETSTONE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-04963-1, Richard J. Thorpe, J., entered June 1, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 12691-9-III.    Division Three.    August 13, 1996.]

BRUCE C. CHESHIER, ET AL., *Appellants*, v. DARREL E. GUMP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-2-00288-1, Michael E. Cooper, J., entered August 3, 1992. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 14627-8-III.    Division Three.    August 13, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE JUDE STENSGAR, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 94-1-00011-0, Fred L. Stewart, J., entered January 17, 1995. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.

[Nos. 14170-5-III; 14353-8-III.    Division Three.    August 15, 1996.]

JEAN KELLER, as *General Guardian, Appellant*, v. THE CITY OF SPOKANE, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, No. 92-2-02692-3, Michael E. Donohue, J., entered June 3, 1994 and September 9, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.